UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON LLOYD HOUSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY SOKOLOV et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-2188 CKD P (TEMP)<br><br><br>ORDER |

　　　　On March 15, 2016, the court dismissed plaintiff's amended complaint and granted him thirty days leave to file a second amended complaint.  Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated:  April 28, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ec
hous2188.fta

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 4)

1